RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Bethany_WangBalchunas@fd.org

Attorney for Laura Gabriela Valverde

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00863-BNW |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| LAURA GABRIELA VALVERDE, | |
| Defendant. | |

On October 18, 2024, the government filed a complaint charging Laura Valverde with (1) operating a vehicle while under the influence of drugs in violation of 36 C.F.R. § 4.23(a)(1) (Count One), and (2) operating a vehicle without a license plate lamp in violation of 36 C.F.R. § 4.2(b) and N.R.S. § 484D.115(4) (Count Two). ECF No. 1.

The parties, through undersigned counsel, hereby stipulate and jointly request that Count One of the complaint be dismissed. As to Count Two of the complaint, Ms. Valverde will pay a fine and fee in the amount of $300.00 to the Clerk's Office no later than March 23, 2026.

///

///

The parties respectfully request that the Court approve this stipulation, vacate the bench trial currently set for April 1, 2026, and order that, upon payment of the fine and fee, this case be closed.

DATED this 20th day of February 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

*/s/ Bethany Wang Balchunas*
By_____
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender

*/s/ Skyler Pearson*
By_____
SKYLER PEARSON
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    February 24, 2026

2